# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW WHITFIELD, </br></br> Plaintiff, </br></br> v. </br></br> TRANSLATE BIO, INC., RONALD C. RENAUD, JR., GEORGE DEMETRI, ROBERT PLENGE, ROBERT MEYER, DANIELLA BECKHAM, OWEN HUGHES, BRIAN M. GALLAGHER, JR., and JEAN-FRANÇOIS FORMELA, </br></br> Defendants. | Case No. 2:21-cv-03759-CDJ |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: September 20, 2021

**GRABAR LAW OFFICE**

By: *Joshua H. Grabar*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*